UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO CANDIA,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 13-cv-04211-RS<br><br>**ORDER** |

Defendant filed its answer and the administrative transcript in this matter in February of 2014.  Plaintiff has failed to file a motion for summary judgment or to remand, as required by the procedural order entered on September 11, 2013 (Dkt. No. 3).  It appears plaintiff may have abandoned this action.  Accordingly, no later than February 27, 2015 plaintiff shall file either (1) a motion for summary judgment or for remand, (2) a declaration setting out why plaintiff is unable to file such a motion, or (3) a request for dismissal of the case.  In the event plaintiff files no response to this order, the matter will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: February 5, 2015

_____
RICHARD SEEBORG
United States District Judge