MELINDA L. HAAG
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO CANDIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:13-CV-4211-RS<br><br>ORDER<br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from September 11, 2015 to October 11, 2015. Defendant's Counsel needs the extension because he has a backlog of cases and needs additional time to complete a review of the defensibility of the ALJ's decision. All other dates in the Court's Scheduling Order are extended accordingly.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Counsel apologizes to the Court for the delay and asserts that this Stipulation is filed in good faith, without any intent to unnecessarily delay this case.

                                                Respectfully submitted,

Dated: September 15, 2015        *Horacio Candia*
                                                (Authorized via telephone)
                                                HORACIO CANDIA
                                                Attorney for Plaintiff

Dated: September 15, 2015        MELINDA L. HAAG
                                                United States Attorney


                                                *Theophous H. Reagans*
                                                THEOPHOUS H. REAGANS
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

**IT IS SO ORDERED:**

Dated:  9/16/15                                 /s/ Richard Seeborg
                                                RICHARD SEEBORG
                                                United States District Court Judge