Names of attorney(s)

Horacio Candia, pro se
1624 Howard St.
S.F. CA 94103

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff name(s), </br>    Horacio Candia </br></br> vs. </br></br> Defendant name(s), </br>    Carolyn W. Colvin </br> Acting Commissioner, SSA | Case No.: No. 13-4211 RS </br></br> Stipulation for Extension of Time To Reply To ~~Motion~~ CROSS MOTION for Summary Judgement or Remand to Social Security Administration </br></br> Dated this 16th day of October, 2015 |

Both Parties stipulate that the time for Plaintiff to respond to Defendant's cross motion for summary judgment be extended from October 28, 2015 to November 25, 2015. Plaintiff needs the extra time to respond because he will be away for several weeks tending to previously scheduled personal family matters that were calendared prior to Defendant's recent request for extension of time to respond. This unanticipated schedule change caused an overlap in dates and affects Plaintiffs availability to effectively review and respond to Defendant's cross motion.

Plaintiff apologizes to the Court for this delay and asks for latitude as this is Plaintiff's first case in which he is forced to represent himself.

1  Respectfully Submitted,

2

3

4  *Theophous H. Reagans*

5  Theophous H. Reagans,(Authorized via telephone) Special Assistant U.S. Attorney for

6  Defendant

7  Dated October 16, 2015

8

9

10  Horacio Candia, Plaintiff

11  Dated October 16, 2015

**APPROVED**

Judge Richard Seeborg

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA